**WRITTEN CONSENT IN LIEU OF
A SPECIAL MEETING OF
THE BOARD OF DIRECTORS**

**OF**

**USA Discounters, Ltd.**

In lieu of a Special Meeting of the Board of Directors of USA Discounters, Ltd., a Virginia corporation (the "Corporation"), the Directors of the Corporation, in accordance with the Bylaws of the Corporation and Sections 13.1-685 and 687 of the Code of Virginia, 1950, as amended, do hereby unanimously agree to the following resolutions:

**Chapter 11 Filings**

NOW THEREFORE, BE IT RESOLVED, that, in the judgment of the Directors, it is desirable and in the best interests of the Corporation, its creditors, employees and other interested parties that petitions be filed by the Corporation and its affiliates in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code" and the cases commenced thereby, the "Chapter 11 Cases"), and the filing of such a petition by the Corporation is authorized hereby.

RESOLVED FURTHER, that the Corporation's Chief Executive Officer, Interim Chief Financial Officer, Secretary, or General Counsel, and such officers, employees or agents as the Chief Executive Officer, Interim Chief Financial Officer, Secretary, or General Counsel shall from time to time designate (each being an "Authorized Person" and all being the "Authorized Persons") are hereby, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to execute, deliver and verify any and all petitions and other documents in connection with the Chapter 11 Cases and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware at such time or in such other jurisdiction as such Authorized Person executing the same shall determine.

RESOLVED FURTHER, that the law firms of Klee, Tuchin, Bogdanoff & Stern LLP and Pachulski Stang Ziehl & Jones LLP are hereby engaged as the attorneys for the Corporation under respective general retainers in the Chapter 11 Cases, subject to any requisite bankruptcy court approval.

RESOLVED FURTHER, that the firm of Alvarez and Marsal North America, LLC is hereby engaged to continue to provide a Chief Executive Officer, Chief Financial Officer and certain additional personnel in the Chapter 11 Cases, subject to any requisite bankruptcy court approval.

RESOLVED FURTHER, that the firm of Kurtzman Carson Consultants, LLC is hereby engaged as the claims and noticing agent for the Corporation in the Chapter 11 Cases, subject to any requisite bankruptcy court approval.

RESOLVED FURTHER, that the Authorized Persons be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Corporation, to retain or continue to employ such other professionals as they deem necessary, proper or desirable during the course of the Chapter 11 Cases.

RESOLVED FURTHER, that the Authorized Persons be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to execute, deliver, certify, record and/or file and perform all petitions, documents, affidavits, schedules, motions, lists, applications, pleadings and other papers, in such form and with such additions and changes to any or all as such Authorized Person deems necessary, proper or desirable, and to take and perform any and all further acts and deeds as such Authorized Person deems necessary, proper or desirable in connection with the Chapter 11 Cases, such determination to be conclusively evidenced by the taking of such action or the execution and delivery thereof.

RESOLVED FURTHER, that the Authorized Persons be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to engage, employ and retain all assistance by legal counsel, special counsel, auctioneers, accountants, financial advisors or other professionals that such Authorized Person deems necessary, proper or desirable in connection with the Chapter 11 Cases, subject to any requisite bankruptcy court approval, with a view to the successful prosecution of such cases or to effect the purposes and intent of the foregoing resolutions.

**Cash Collateral Stipulation**

RESOLVED FURTHER, that in connection with the commencement of the Chapter 11 Cases, the Directors hereby (i) approve a cash collateral stipulation in the form of that certain *Interim Order (A) Authorizing Postpetition Use of Cash Collateral, (B) Granting Adequate Protection to the Secured Parties, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief*, in substantially the version furnished to the Directors, and (ii) authorize, empower and direct the Authorized Persons to take such acts as such Authorized Person deems necessary, proper or desirable in connection with the Chapter 11 Cases, subject to any requisite bankruptcy court approval, to obtain the approval of such stipulation.

**General**

RESOLVED FURTHER, that the Authorized Persons be, and each of them hereby is, authorized, empowered and directed to, in the name and on behalf of the Corporation, to amend, extend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions.

RESOLVED FURTHER, that the Authorized Persons be, and each of them hereby is, in all respects, authorized, empowered and directed, for and on behalf of the Corporation and in its

name, to take or cause to be taken all such further action and to sign, execute, acknowledge, certify, deliver, accept, record and file, or to cause to be signed, executed, acknowledged, certified, delivered, accepted, recorded and filed, any and all further documents, certificates, instruments and notices, and any amendments thereto, in such form and with such additions and changes to any or all of such terms and conditions as such Authorized Person deems necessary, proper or desirable to carry out the intent or accomplish the purpose of the foregoing resolutions, such determination to be conclusively evidenced by the taking of such action or the execution and delivery thereof.

RESOLVED FURTHER, that any and all actions previously or hereafter taken and any and all documents, certificates or instruments (however characterized or described) previously or hereafter executed and delivered or filed and recorded on behalf of the Corporation, by the Authorized Persons, and others acting on pursuant to authority granted to them by the Directors or by the Authorized Persons, in order to carry into effect the purposes and intent of the foregoing resolutions are hereby ratified, confirmed, adopted and approved in all respects.

RESOLVED FURTHER, that all acts lawfully done or actions lawfully taken by any Authorized Person to seek relief on behalf of the Corporation under chapter 11 of the Bankruptcy Code, or in connection with the Chapter 11 Cases, or any matter related thereto, be, and they hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deed of the Corporation.

The Directors, by signing this Consent, waive notice of the time, place and purpose of the Special Meeting of the Directors of the Corporation, and agree to the transaction of the business approved in this Consent by unanimous written consent of the Directors in lieu of such meeting.

**DIRECTORS:**

8/23/2015
DATE

Timothy W. Dorsey, Sole Director