UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>USA DISCOUNTERS, LTD., a Virginia corporation,[1]<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 15-[_____] (___) |

## VERIFIED LIST OF EQUITY SECURITY HOLDERS OF USA DISCOUNTERS, LTD., A VIRGINIA CORPORATION, SUBMITTED IN ACCORDANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(3)

I, Timothy W. Dorsey, am the Vice President of USA Discounters, Ltd., a Virginia corporation. I hereby certify under penalty of perjury under the laws of the United States that, to the best of my knowledge, information, and belief, the following constitutes a complete and correct list of the equity security holders of USA Discounters, Ltd., a Virginia corporation:

USA Discounters Holding Company, Inc. (100%)
6353 Center Drive, Building 8, Suite 101
Norfolk, VA 23502

Dated: August 24, 2015

_____
Timothy W. Dorsey
Vice President

---

[1] The Debtor's address and the last four digits of its federal taxpayer identification number are as follows: 6353 Center Drive, Building 8, Suite 101, Norfolk, Virginia, 23502. [EIN XX-XXX5123].

155689.1