UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>USA DISCOUNTERS, LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-[_____] (___)<br><br>(Joint Administration Requested) |

## CERTIFICATION OF DEBTORS' CONSOLIDATED LIST OF CREDITORS

USA Discounters, Ltd. and its affiliated debtors and debtors in possession (collectively, the "Debtors") hereby certify under penalty of perjury that the Consolidated Creditor Matrix submitted herewith, pursuant to Rule 1007-2 of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), formatted in portable document format, containing the list of creditors of the Debtors, is complete and, to the best of the Debtors' knowledge, correct and consistent with the Debtors' books and records.

The information contained in the Consolidated Creditor Matrix is based on a review of the Debtors' books and records. However, the Debtors have not completed a comprehensive legal and/or factual investigation with regard to possible defenses to any claims of the potential claimants included in the Consolidated Creditor Matrix. In addition, certain of the entities included in Consolidated Creditor Matrix may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtors for purposes of these chapter 11 cases. Therefore, this listing does not and should not be deemed to constitute either (i) a waiver of any

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: USA Discounters, Ltd. (5123); USA Discounters Holding Company, Inc. (8192); and USA Discounters Credit, LLC (3128). The Debtors' address is 6353 Center Drive, Building 8, Suite 101, Norfolk, Virginia, 23502.

155821.1

defenses to any claims that may be asserted against the Debtors, or (ii) an acknowledgement of the validity or amount of any claims that many be asserted against the Debtors.

Dated: August 24, 2015

_____
Timothy W. Dorsey
Vice President
USA Discounters, Ltd. and its Affiliated Debtors