**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>USA DISCOUNTERS, LTD., a Virginia corporation,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-[_____] (___) |

**STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULES 1007(a) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

I, Timothy W. Dorsey, declare under penalty of perjury under the laws of the United States of America, to the best of my knowledge, information, and belief, as follows:

I am the Vice President of USA Discounters, Ltd., a Virginia corporation (the "Debtor").

USA Discounters Holding Company, Inc. owns 100% of the equity interests of the Debtor.

Dated: August 24, 2015

_____
Timothy W. Dorsey
Vice President

---

[1] The Debtor's address and the last four digits of its federal taxpayer identification number is as follows: 6353 Center Drive, Building 8, Suite 101, Norfolk, Virginia, 23502. [EIN XX-XXX5123].

155691.1                                          1