# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>USA DISCOUNTERS, LTD., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11755 (CSS)<br><br>(Joint Administration Requested)<br><br>Hearing Date: August 26, 2015 at 1:00 p.m. |

## NOTICE OF HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that, on August 24, 2015 (the "Petition Date"), USA Discounters, Ltd. ("USA Discounters"), USA Discounters Holding Company, Inc. ("Holdings"), and USA Discounters Credit, LLC ("Credit LLC"), the debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases, each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtors are continuing to operate their businesses and manage their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, together with their chapter 11 petitions, the Debtors also filed the following applications and motions (collectively, the "First Day Motions"). A hearing to consider the First Day Motions (the "First Day Hearing") will be held on August 26, 2015 at 1:00 p.m. (prevailing Eastern Time), before the Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware (the "Court"), located at 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: USA Discounters, Ltd. (5123); USA Discounters Holding Company, Inc. (8192); and USA Discounters Credit, LLC (3128). The Debtors' address is 6353 Center Drive, Building 8, Suite 101, Norfolk, Virginia 23502.

### First Day Administrative and Procedural Motions

1. *Debtors' Motion for Entry of an Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only* [Filed: August 24, 2015] (Docket No. 3).

2. *Application for an Order Appointing Kurtzman Carson Consultants LLC as Claims and Noticing Agent for the Debtors Pursuant to 28 U.S.C. § 156(c), Nunc Pro Tunc to the Petition Date* [Filed: August 24, 2015] (Docket No. 4).

### First Day Motion Pertaining to Financing

3. *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Postpetition Use of Cash Collateral, (B) Granting Adequate Protection to the Secured Parties, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief* [Filed: August 24, 2015] (Docket No. 5).

   Related Document:

   A. *Declaration of Laurence Sax in Support of Cash Collateral Motion* [Filed: August 24, 2015] (Docket No. 6).

### First Day Motions Pertaining to Operations and Related Issues

4. *Debtors' Motion for Entry of Order (i) Authorizing Continued Use of Cash Management System, (ii) Authorizing Use of Prepetition Bank Accounts, Account Control Agreements, and Certain Payment Methods, and (iii) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis* [Filed: August 24, 2015] (Docket No. 7).

5. *Debtors' Motion for Entry of an Order (i) Authorizing Payment of Certain Prepetition Employee Claims, Including Wages, Salaries, Employee Agreement Payments, and Bonuses, (ii) Authorizing Payment of Certain Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (iii) Authorizing Payment of Reimbursement to Employees for Prepetition Expenses, (iv) Authorizing Payment of Withholding and Payroll-Related Taxes, (v) Authorizing Payment of Prepetition Claims Owing to Administrators and Third Party Providers, and (vi) Directing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments* [Filed: August 24, 2015] (Docket No. 8).

6. *Debtors' Motion for an Order (i) Authorizing Payment of Prepetition Sales, Use, Property and Franchise Taxes and Similar Taxes and Fees and (ii) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Made Relating to the Foregoing* [Filed: August 24, 2015] (Docket No. 9).

7. *Debtors' Motion for Entry of An Order Authorizing Maintenance, Administration, and Continuation of Certain Customer Programs* [Filed: August 24, 2015] (Docket No. 10).

8. *Debtors' Motion for Entry of Interim and Final Orders (i) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (ii) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services, (iii) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (iv) Granting Related Relief* [Filed: August 24, 2015] (Docket No. 11).

9. *Debtors' Motion for Entry of an Order (i) Authorizing Continuation of, and Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection With, Various Insurance Policies, and (ii) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto* [Filed: August 24, 2015] (Docket No. 12).

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Motions can be obtained through the Court's website at www.deb.uscourts.gov, referencing Case No. 15-11755 (CSS), by accessing the website of the Debtors' claims agent at www.kccllc.net/USADiscounters, or by calling 866-967-1782 (toll free) or 310-751-2682 (international callers).

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Motions may be made at the First Day Hearing.

Dated: August 24, 2015

/s/ *Colin R. Robinson*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neil (DE Bar No. 4042)
Colin R. Robinson (DE Bar No. 5524)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tel:    (302) 652-4100
Fax:    (302) 652-4400
Email: ljones@pszjlaw.com
          joneill@pszjlaw.com
          crobinson@pszjlaw.com

and

Lee R. Bogdanoff, Esq.
Michael L. Tuchin, Esq.
Whitman L. Holt, Esq.
Sasha M. Gurvitz, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:    (310) 407-4023
Fax:    (310) 407-9090
Email: lbogdanoff@ktbslaw.com
          mtuchin@ktbslaw.com
          wholt@ktbslaw.com
          sgurvitz@ktbslaw.com

*[Proposed] Counsel for the Debtors and Debtors in Possession*