IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | Case No. 15-11755 (CSS) |
| USA DISCOUNTERS, LTD, et al. ) | |
| ) | |
| Debtors. ) | |
| _____) | |
| IN RE: ) | Chapter 11 |
| ) | Case No. 15-11753 (CSS) |
| USA DISCOUNTERS HOLDING ) | |
| COMPANY, INC., ) | |
| ) | |
| Debtor. ) | |
| _____) | |
| IN RE: ) | Chapter 11 |
| ) | Case No. 15-11754 (CSS) |
| USA DISCOUNTERS CREDIT, LLC ) | |
| ) | |
| Debtor. ) | |
| _____) | |

**ORDER TO SHOW CAUSE**

It is hereby Ordered that a Rule to Show Cause hearing is scheduled in the above captioned cases for September 18, 2015 at 1:00 p.m. in Courtroom 6 to show cause as to why, pursuant to Bankruptcy Rule 1014(a)(1), venue of these cases should not be transferred to the Eastern District of Virginia, the District of Colorado or some other appropriate venue. Responses to this Order to Show Case shall be in writing and filed no later than September 11, 2015 at 4:00 p.m.

Christopher S. Sontchi, Judge
United States Bankruptcy Court

Dated: August 25, 2015

**VACATED**