# SIGN-IN SHEET

**CASE NAME:** USA Discounters  
**CASE NO:** 15-11755  
**COURTROOM LOCATION:** 6  
**DATE:** 8/26/15 at 2:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laura Davis Jones | Pachulski Stang Ziehl Jones | |
| Lee Bogdanoff | Klee Tuchin Bogdanoff Stern | |
| Whitman Holt | Klee Tuchin Bogdanoff Stern | Debtors |
| Colin Robinson | Pachulski Stang Ziehl Jones | |
| Regina Stango Kelbon | Blank Rome | Wells Fargo |
| Alan Root | " | " |
| Jane Leamy | US Trustee | US Trustee |
| Natalie Cox | " | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi

**Calendar Date:** 08/26/2015
**Calendar Time:** 02:00 PM ET

#6

2nd Revision 08/26/2015 09:30 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | USA Discounters, Ltd | 15-11755 | Hearing | 7118316 | ~~Jason Adams~~ Gilbert Saydah | 212-808-5056 | Kelley Drye & Warren LLP | Interested Party, Kelley Drye & Warren LLP / LIVE |
| | | USA Discounters, Ltd | 15-11755 | Hearing | 7117774 | Sasha M Gurvitz | (310) 407-4032 | Klee, Tuchin, Bogdanoff & Stern, LLP | Debtor, U S A Discounters Credit LLC / LISTEN ONLY |
| | | USA Discounters, Ltd | 15-11755 | Hearing | 7120133 | Evan T. Miller | (302) 429-9570 | Bayard P.A. | Interested Party, Bayard P.A. / LIVE |
| | | USA Discounters, Ltd | 15-11755 | Hearing | 7117866 | Jacqueline C. Palank | (312) 750-4128 | Dow Jones | Interested Party, Dow Jones / LISTEN ONLY |
| | | USA Discounters, Ltd | 15-11755 | Hearing | 7117742 | Michael L. Tuchin | (310) 407-4040 | Klee, Tuchin, Bogdanoff & Stern, LLP | Debtor, U S A Discounters Credit LLC / LISTEN ONLY |

Raymond Reyes ext. 881

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

Page 1 of 1