**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| USA Discounters, Ltd., *et al.* | : | Case No. 15-11755 (CSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Nassimi Realty, LLC**, Attn: Ilan Dilmanian, 370 Seventh Ave., Suite 1600, New York, NY 10001, Phone: 212-643-8080, Fax: 212-643-2626

2. **Florida State Games, Inc.**, Attn: Shaon Barone, 6601 Lyons Rd, Suite L-9, Coconut Creek, FL  33073, Phone: 954-973-9100, Fax: 954-973-1765

3. **Demera Gaskins**, 3125 18th Street, NE, Washington, DC  20018, Phone: 202-450-5118

4. **Kodiak Properties/Coliseum Partners LLC**, Attn: Alan Hammerschlag, 7200 Wisconsin Ave., #1102, Bethesda, MD 20814, Phone: 301-654-9160

5. **GGP Limited Partnership**, Attn: Julie Minnick Bowden, 110 North Wacker Drive, Chicago, IL 60606, Phone: 312-960-2707, Fax: 312-442-6374


ANDREW R. VARA
Acting United States Trustee, Region 3


 /s/ Jane M. Leamy for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: September 1, 2015

Attorney assigned to this Case: Jane M. Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Laura Davis Jones, Esq., Phone: (302) 652-4100, Fax: (302) 652-4400