## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>USA DISCOUNTERS, LTD., *et al.*,[1]<br><br>Post-Confirmation Debtors. | Chapter 11<br><br>Case No. 15-11755 (CSS)<br><br>(Jointly Administered) |

### SEVENTH POST-EFFECTIVE DATE STATUS REPORT OF THE USA DISCOUNTERS LIQUIDATING TRUST

This *Seventh Post-Effective Date Status Report of the USA Discounters Liquidating Trust* (the "Seventh Report") is filed in accordance with Section 11.4 of the *Joint Chapter 11 Plan of Liquidation of USA Discounters, Ltd. and its Affiliated Debtors* [Docket No. 972] (including all exhibits thereto, and as amended, supplemented, or modified from time to time pursuant to the terms thereof, the "Plan");[2] confirmed by the United States Bankruptcy Court for the District of Delaware (the "Court") by order entered on February 27, 2017 [Docket No. 1131] (the "Confirmation Order").

The Plan became effective on March 6, 2017 (the "Effective Date"). On the Effective Date, the USA Discounters Liquidating Trust (the "Trust") was established, and UMB Bank, National Association was appointed GUC Trustee of the Trust (in such capacity, the "Trustee") according to the terms and conditions of the Plan, the Confirmation Order and the *Liquidating Trust Agreement and Declaration of Trust* dated March 6, 2017 (the "LTA").

Section 11.4 of the Plan provides for post-Effective Date reporting on a quarterly

---

[1] The Debtors are: USA Discounters, Ltd.; USA Discounters Holding Company, Inc.; and USA Discounters Credit, LLC.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

basis. The Trustee has filed six previous post-Effective Date status reports with the Court.[3]

Regarding the documents and disclosures set forth in Section 11.4 of the Plan, the Trust has the following activity to report for the third calendar quarter of 2018 (the "Reporting Period"):

- The Trust began the Reporting Period with an opening balance of $461,299.01. Aggregate cash receipts into the Trust and disbursements from the Trust are set forth on Exhibit A hereto.

    During the Reporting Period, the Trust made a "catch-up" first interim distribution of approximately 5% to holders of Allowed General Unsecured Claims that did not receive an interim distribution when made to other unsecured creditors in the prior calendar quarter.[4] The Trust concluded the Reporting Period with a balance of $433,180.13.

    Upon the occurrence of the Wind-Down End Date and the resultant discharge of the Plan Administrator by order entered on December 19, 2017 (the "Transition Order"), in accordance with Section 11.21.2 of the Plan and the terms of the Transition Order, the administration of the Debtors' chapter 11 cases was transferred to the GUC Trustee. As of January 1, 2018, the GUC Trustee became responsible for payment of United States Trustees fees pursuant to 28 U.S.C. § 1930(a) through the date that a final decree is entered. As a result of the disbursements and distributions described above and as more fully detailed on Exhibit A, a total of $1,625.00 in United States Trustees fees will be paid by the GUC Trustee in connection with the Trust's disbursement activities during the Reporting Period.

- With respect to claims reconciliation, the GUC Trustee did not enter into any settlements during the Reporting Period that resulted in an allowed claim in excess of $100,000, *i.e.*, the reporting threshold specified in Section 11.4 of the Plan. As previously noted in a prior status report, with the sole exception of claims as to which the holder is a defendant in a pending GUC Trust Avoidance Action, such that an associated objection pursuant to section 502(d) of the Bankruptcy Code is unresolved, the claims reconciliation process has been fully completed.

- The Trust has not settled any Causes of Action or GUC Trust Avoidance Actions asserted in an amount greater than $100,000 or as to which the

---

[3] *See* Docket Nos. 1206, 1291, 1334, 1361, 1388 and 1400.

[4] The Trust expects to make additional "catch-up" first interim distributions in the upcoming weeks, and anticipates that the second and final distribution to holders of Allowed General Unsecured Claims will be made prior to the close of calendar 2018.

settlement amounts to more than $100,000, *i.e.*, the reporting threshold specified in Section 11.4 of the Plan.  During the Reporting Period, the Trust continued working with third parties (each, a "Defendant") to resolve issues in connection with transfers that are or may be subject to GUC Trust Avoidance Actions.  As of the date hereof, all GUC Trust Avoidance Actions have been resolved subject to documentation and consummation of pending settlements in principle, which the GUC Trustee anticipates will be completed during the fourth calendar quarter of 2018.

- The Trust has not sold any Estate Assets.  Pursuant to Section 1.61 of the Plan, the GUC Trust Assets comprise only the following:  (a) the GUC Settlement Fund, (b) the GUC Trust Avoidance Actions and all proceeds thereof, and (c) all rights of setoff and recoupment and other defenses that the Debtors and the Estates may have with respect to any General Unsecured Claims.

Dated: October 18, 2018
Wilmington, Delaware

**KLEHR HARRISON HARVEY BRANZBURG LLP**

By: */s/ Domenic E. Pacitti*
    Domenic E. Pacitti (DE Bar No. 3989)
919 Market Street
Suite 1000
Wilmington, Delaware 19801-3062
Telephone:  (302) 426-1189
Facsimile:  (302) 426-9193

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson (admitted *pro hac vice*)
Jason R. Adams (admitted *pro hac vice*)
Dana P. Kane (admitted *pro hac vice*)
101 Park Avenue
New York, New York  10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*Co-Counsel to the Trustee of the
USA Discounters Liquidating Trust*

# EXHIBIT A

**Reporting Period:  July 1, 2018 to and including September 30, 2018**

**Cash Flow Summary Report**

| | |
|---|---|
| **Beginning Cash Balance** | $461,299.01 |
| Cash Receipts | $51,839.82 |
| **Total Cash Available** | $513,138.83 |
| **Disbursements** | |
| Disbursements Made Under the Plan | ($22,703.62) |
| Professional Fee Disbursements | ($41,280.08) |
| Ordinary Course Disbursements | ($15,975.00) |
| **Total Disbursements** | ($79,958.70) |
| **Ending Cash Balance** | $433,180.13 |

**Calculation of United States Trustees Fees – 28 U.S.C. § 1930(a)**

| Debtor | Disbursements | Quarterly Fees |
|---|---|---|
| USA Discounters, Ltd. | $79,958.70 | $975.00 |
| USA Discounters Holding Company | $0 | $325.00 |
| USA Discounters Credit, LLC | $0 | $325.00 |
| **TOTAL** | | **$1,625.00** |